NO. 07-07-0394-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



OCTOBER 19, 2007


______________________________



BRANDON ZAVALA, APPELLANT



V.



THE STATE OF TEXAS, APPELLEE


_________________________________



FROM THE 242ND DISTRICT COURT OF HALE COUNTY;



NO. A 13799-0008; HONORABLE ED SELF, JUDGE


_______________________________




Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION


 On August 27, 2007, the trial court convicted appellant Brandon Zavala of
possession of marijuana, more than four ounces but less than one pound, and sentenced
him to two years confinement in a state jail. See Tex. Health & Safety Code Ann. §
481.121 (a),(b)(3) (Vernon 2003). On September 20, 2007, appellant filed a motion for
new trial and notice of appeal. See Tex. R. App. P. 21.4(a), 26.2(a)(2). The clerk of the
trial court has provided us with documentation that on October 11, 2007, the trial court
granted appellant's motion for new trial. 

 If the trial court grants a new trial, it restores the case to its position before the
former trial. See Tex. R. App. P. 21.9. Because there is no longer an adjudicated issue
for appellate review, we have no jurisdiction over the case except to dismiss the appeal. 
See Waller v. State, 931 S.W.2d 640, 643-44 (Tex.App.-Dallas 1996, no pet.). 

 Consequently, the appeal is dismissed for want of jurisdiction.



 James T. Campbell

 Justice






Do not publish. 



r of Disqualification
and, Alternatively, Recusal . . . . 


(Emphasis in original). 

 We conclude relator's contention that this Court has jurisdiction to issue writs of
mandamus directed to Judge Moore because she seeks the writs in his capacity as a
district judge is contrary to the record.

 Accordingly, the motions for rehearing are overruled.


 Don H. Reavis

 Justice